103 F.3d 273
 INFOCOMP, INC., Appellant
v.
ELECTRA PRODUCTS, INC.; Electra Font Technologies, Inc.;
Chelgraph Products Limited; Chelgraph Limited;
Edward (Ted) Barton; David Lee King;
Kevin P. Mahony; Derek J.
Kyte; Robert B. Smith.
 No. 96-3039.
 United States Court of Appeals,
Third Circuit.
 March 17, 1997.
 
 Before: SCIRICA and COWEN, Circuit Judges, and POLLAK*, District Judge.
 ORDER
 COWEN, Circuit Judge.
 The Petition for Panel Rehearing filed by appellant in the above-entitled case is hereby granted, and the Opinion and Judgment filed on December 24, 1996, is hereby vacated.
 
 
 
 *
 Honorable Louis H. Pollak, United States District Judge for the Eastern District of Pennsylvania, sitting by designation